AO 91 (Rev. 11/11) Criminal Complaint

**SEALED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| United States of America<br>v.<br><br>MARTHA OJEDA<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)      17-MJ-55<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 10, 2017__ in the parish of __St. Tammany__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(a) | Transporting an individual who has not attained the age of 18 years in interstate commerce with intent that the individual engage in any illegal sexual activity. |

This criminal complaint is based on these facts:
See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Richard M. Clark, Jr.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __5-12-17__

_____
*Judge's signature*

City and state: __New Orleans, Louisiana__      Lance M. Africk, United States District Judge
*Printed name and title*

Fee ____
X Process 2cc USM
X Dktd ____
___ CtRmDep ____
___ Doc. No. ____

**SEALED**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-MJ-55 |
| v. | * | SECTION: MAG |
| MARTHA OJEDA | * | |
| | * * * | |

### AFFIDAVIT

I, Richard Clark, Special Agent, with the Federal Bureau of Investigation (FBI), New Orleans Division, being first duly sworn, hereby depose and state as follows:

Your Affiant has been employed as a Special Agent of the FBI since September 20, 2015. I have received extensive training in criminal investigations and I have participated in the execution of search warrants, the execution of arrest warrants, and interview of persons involved in criminal offenses. This affidavit is made in support of a criminal complaint charging **Martha Ojeda** with knowingly transporting an individual who has not attained the age of 18 years in interstate commerce with intent that the individual engage in any illegal sexual activity for which any person can be charged with a criminal offense.

1. On April 10, 2017, Phillip King reported to the St. Tammany Parish Sheriff's Office (STPSO) that, on April 8, 2017, his son, a 15-year-old juvenile male, whose identity is known to your Affiant and is hereinafter referred to as "Victim," ran away from his residence at 85361 Highway 450, Franklinton, Louisiana.

2. Shortly thereafter, a STPSO deputy interviewed King. During the interview, King stated that, before exiting his home, Victim told King that he was being picked up by an African-American female named **Martha**, and that they would be traveling to Austin, Texas.

3. King also stated that a short time after Victim's departure, Victim placed a telephone call to King. During the conversation, Victim told King that the woman he was with was 41 years old and that they planned to travel to Austin, Texas via bus.

4. King advised the STPSO Deputy that he and Victim shared the same cellular telephone, and identified the contact listed in the telephone as "My Baby Martha," telephone number 737-203-1884, as belonging to **Martha**.

5. King provided consent for law enforcement officials to review the contents of the cellular phone.

6. Law enforcement officials acquired photographs of text messages between Victim and **Ojeda** from the cellular phone. The text message conversation, which occurred on April 7, 2017, and April 8, 2017, detailed **Ojeda**'s travel to New Orleans via bus, then her traveling to Victim's residence via taxi. **Ojeda** and Victim referred to each other as "baby" and expressed their love for each other throughout the conversation.

7. Subsequently, law enforcement officials have identified "**Martha**" as **Martha Ojeda** through observing pictures of Victim with **Ojeda** posted on the publicly available Facebook page of "**Martha Ojeda**" and subsequent investigation based on the publicly available contents of the "**Martha Ojeda**" Facebook page.

8. **Ojeda** was further identified through information and a photograph obtained from the National Crime Information Center (NCIC). NCIC information revealed **Ojeda**'s date of birth to be December 13, 1975.

9. On May 4, 2017, law enforcement authorities interviewed Victim's former girlfriend, a 15-year-old female juvenile ("Witness 1") whose identity is known to your Affiant. During the interview, Witness 1 stated that she confronted Victim about a picture on Facebook of

Victim and **Ojeda** lying in bed approximately three weeks before the Easter holiday of 2017. Victim responded by ending their relationship and told her that he had been cheating on Witness 1 with **Ojeda**. Witness 1 also advised that she communicated with Victim on May 1, 2017, via Facebook. During the conversation, Victim stated that he and **Ojeda** were married and Victim referred to **Ojeda** as his wife.

10. On May 4, 2017, law enforcement authorities interviewed Phillip King. During the interview, King stated that, approximately three weeks prior to Victim running away, he found a picture of **Ojeda** on the cellular telephone that he and Victim shared and demanded that Victim remove the picture and end contact with **Ojeda**. Victim refused and advised King that **Ojeda** was his girlfriend. He explained that while they shared the telephone, it primarily remained in Victim's possession.

11. King further indicated that Victim spent most of his time using the telephone to access the internet, which is how he met **Ojeda**.

12. King also stated that he had received approximately three telephone calls from Victim since he left home. King stated that during the conversations, Victim told him that he and **Ojeda** were living together in an apartment near Austin and San Antonio, Texas. Victim refused to provide King with any further details.

13. King was in possession of the aforementioned cellular telephone that was used by Victim and provided your Affiant verbal and written consent to search it. During the search, your Affiant discovered numerous text messages and calls, both incoming and outgoing, to telephone number (737) 203-1884, which was listed in the phone's contacts as "My Baby **Ojeda**." The content of some of the text messages between **Ojeda** and Victim were sexual in nature, for example:

    a. On March 21, 2017, Victim received an incoming text message from **Ojeda** stating, "We going have fb sex later."

        i. Based on training and experience, your Affiant believes the term "fb" is slang for Facebook.

    b. On March 22, 2017, during a conversation between **Ojeda** and Victim via text messages, **Ojeda** asked, "Yea did see the message I sent on messag err," to which Victim replied, "ok bby lick my dick," to which **Ojeda** replied, "Suck my pussy lips."

        i. Based on training and experience, your Affiant believes that when **Ojeda** stated "messag err," she was referring to Facebook Messenger.

    c. On March 26, 2017, during a conversation between **Ojeda** and Victim via text messages, Victim stated, "Ok baby did u talk to Casey bout having a 3some," to which **Ojeda** replied, "Nikki said she down I am going back to sleep."

        i. Based on training and experience, your Affiant believes the term "3some" is slang for sexual intercourse involving three individuals.

14. On May 5, 2017, a search warrant for the latitude and longitude location information for the previously mentioned cellular telephone assigned number (737) 203-1884 was signed by U.S. Magistrate Judge Janice Van Meerveld, of the Eastern District of Louisiana.

15. Law enforcement began receiving and analyzing the telephone's location information on May 9, 2017. The location information provided May 9, 2017, and May 10, 2017, revealed that the telephone remained in the vicinity of the residence located at 1913 Golden Sunrise Drive, Pflugerville, Texas.

4

16. On May 10, 2017, law enforcement officials reviewed publicly available information on social media accounts associated with **Ojeda** and Victim, which revealed pictures posted to Facebook showing **Ojeda** standing in a fenced yard. A comparison of the pictures to images of the area of the aforementioned residence via Google Earth showed consistencies with surrounding terrain and buildings in the vicinity of the aforementioned residence.

17. On May 10, 2017, law enforcement officials in Austin, Texas conducted surveillance of the aforementioned residence. During the surveillance, **Ojeda** and Victim were observed exiting and entering the residence.

18. Based upon the above information, **Martha Ojeda** did knowingly transporting an individual who has not attained the age of 18 years in interstate commerce with intent that the individual engage in any illegal sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2423(a).

19. In addition, **Martha Ojeda** did knowingly engage in sexual contact with a child (defined as someone under the age of 17), in violation of Texas Penal Code § 21.11(a)(1). While it is an affirmative defense that the older person is less than three years older than the child, for the reasons set forth above that affirmative defense is inapplicable here.

I hereby swear that the information contained in this affidavit is true and correct to the best of my knowledge.

_____
Richard Clark
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 12th day of _____May_____, 2017.

_____
HONORABLE LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE