SEALED

# EASTERN DISTRICT OF LOUISIANA

**MAG. Number:** 17-55 **Complaint/Warrant from Other District**

**Defendant:** Martha Ojeda

**Violation:** Transporting a minor under 18 in interstate commerce with illegal sexual activity
18 USC 2423(a)

**U.S. Attorney:** Jordan Ginsberg

**Interpreter Needed?**   Yes   No

**Court Date and Time:** _____

**Before Magistrate Judge:** _____